**Dismissed and Memorandum Opinion filed July 23, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00825-CV

---

### JAMES CHARLES SMITH, Appellant

### V.

### PIONEER HOMES BUILDERS, INC., Appellee

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2011-57739**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed August 28, 2012. Appellant filed a notice of appeal on August 31, 2012. Appellant filed a motion to proceed without payment of costs in this court. *See* Tex. R. App. P. 20.1(h). The district clerk filed a contest. We abated the appeal and referred the matter to the trial court. *See* Tex. R. App. P. 20.1(h)(4). On May 13, 2013, the trial court signed an order sustaining the contest to appellant's claim of indigence. No motion challenging the trial

court's order was filed. *See* Tex. R. App. P. 20.1(j)(2).

Accordingly, appellant was ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **July 1, 2013,** or the appeal would be dismissed**.** *See* Tex. R. App. P. 5.

Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.